# United States Bankruptcy Court
## Central District of California

In re:  Case No.

Jill Kelly Productions

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Jill Kelly Productions Holding Inc. 11151 Vanowen Street North Hollywood, CA 91605 | Common Sto | | |