| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Aram Ordubegian (SBN 185142)<br>Andy S. Kong (SBN 243933)<br>**ARENT FOX LLP**<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065<br>Telephone:  213.629.7400<br>Facsimile:   213.629.7401<br>E-mail:     ordubegian.aram@arentfox.com<br>          kong.andy@arentfox.com<br><br>☒ *Attorney for Timothy Yoo, Plan Trustee*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO  DIVISION**

| In re:<br><br>**JILL KELLY PRODUCTIONS, INC.,**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  1:05-bk-15389-VK<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST.  PLEASE TAKE NOTICE THAT:**

1.  Movant(s) Timothy Yoo, Plan Trustee   , has filed a motion entitled  PLAN TRUSTEE'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE; DECLARATIONS OF TIMOTHY YOO AND ANDY S. KONG IN SUPPORT THEREOF

2.  Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3.  The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached description of relief sought. (*Check appropriate box below*):

    ☒ The full motion is attached hereto; or
    ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*                    Page 1                    **F 9013-1.2.NOTICE.NO.HEARING**
LA/563826.1

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Date: 11/17/2011                                      Respectfully submitted,


                                                      By: /s/ Andy S. Kong
                                                          Signature of Movant or attorney for Movant


                                                      Name: ANDY S. KONG
                                                          Type name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# MOTION

1  Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
2  **ARENT FOX LLP**
555 West Fifth Street, 48th Floor
3  Los Angeles, CA  90013-1065
Telephone:  213.629.7400
4  Facsimile:  213.629.7401
E-mail:  ordubegian.aram@arentfox.com
5  kong.andy@arentfox.com

6  General Bankruptcy Counsel for
Timothy Yoo, Plan Trustee

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SAN FERNANDO VALLEY DIVISION**

11  In re:  |  Case No.: 1:05-bk-15389-VK

12  **JILL KELLY PRODUCTIONS, INC.,**  |  Chapter 11

13  Debtor.  |  **PLAN TRUSTEE'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE; DECLARATIONS OF TIMOTHY YOO AND ANDY S. KONG IN SUPPORT THEREOF**

14

15

16

17  *[No Hearing Required Unless Requested Pursuant to L.B.R. 9013-1(o)]*

18

19

20

21  **TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES**

22  **BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE;**

23  **AND ALL INTERESTED PARTIES:**

24  Pursuant to 11 U.S.C. § 350, Federal Rule of Bankruptcy Procedure 3022, and

25  Local Bankruptcy Rule 3020-1(d), Timothy Yoo, the duly appointed plan trustee (the

26  "Trustee") in the above-captioned case (the "Case") moves, on notice and opportunity to

27  object pursuant to Local Bankruptcy Rule 9013-1(o), for an order granting a final decree

28  and closing the Case.  As set forth in greater detail below, this motion is based on the

grounds that the *Second Amended Liquidating Chapter 11 Plan Of Reorganization Of*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
LA/496790.1

1  *Official Committee Of Unsecured Creditors Dated April 28, 2010* [Doc. No. 301] (the

2  "Plan"), as confirmed by this Court by an Order entered on January 10, 2011 [Docket No.

3  315], has been substantially consummated; the Case has been fully administered; and

4  there are no matters or proceedings pending or anticipated in this Case requiring that the

5  Case remain open.  The Trustee is concurrently filing a separate notice of this motion,

6  which notice will be served on all parties that were served with the Plan as required by

7  Local Bankruptcy Rule 3020-1(d)(2).

**I.**

**BACKGROUND AND POST-CONFIRMATION ACTIVITIES**

**A.**    **Filing of the Case and Confirmation of the Plan**

On August 8, 2005, the above-captioned debtor (the "Debtor") filed a petition

under chapter 11 of the Bankruptcy Code.  During this Case, the Debtor remained in

possession and control of its affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

On January 10, 2011, the Court entered its *Order Confirming Second Amended*

*Liquidating Chapter 11 Plan Of Reorganization Of Official Committee Of Unsecured*

*Creditors Dated April 28, 2010* (Docket No. 315) (the "Confirmation Order").  Under the

Confirmation Order, Timothy Yoo is the duly appointed plan trustee.  The Effective Date

(as that term is defined in the Confirmation Order) of the Plan was January 25, 2011.

The Plan provided for, among other things, a *pro rata* distribution to all general

unsecured claimants holding allowed claims in full and final satisfaction of their claims.

**B.**    **Claims and Claims Objections**

Post-confirmation, the Trustee reviewed, paid, and as necessary, objected to the

various proofs of claim filed in this Case.  The Trustee filed objections to approximately

24 proofs of claim.  Each one of those objections has now been resolved by a final order

either sustaining the objection or approving a stipulated resolution to the objection.  As of

the filing of this Motion, the Trustee has made substantially all distributions contemplated

pursuant to the Plan.

Attached as Exhibit A to the Declaration of Timothy Yoo is a breakdown of the

payments made to each class of claims pursuant to the Plan.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**C.    Post Confirmation Tax Liabilities.**

No post-confirmation tax liabilities have accrued or come due.

**D.    Payment of Professionals**

On or about November 22, 2010, the various estate professionals[1] filed their final fee applications. A final order was entered approving each of the fee applications, and all the estate professionals have been paid [Docket No. 310].

**E.    Payment of U.S. Trustee's Fees and Clerk's Office Fees**

The Trustee has filed all reports required by the Office of the United States Trustee and has paid all United States Trustee's fees due and owing through the filing of this Motion.[2]  Additionally, counsel for the Trustee has reached out to the Bankruptcy Court Clerk's Office and has been informed that there are no unpaid service, filing, or other incidental fees outstanding with respect to this Case.

## II.

## A FINAL DECREE IS APPROPRIATE IN THIS CASE

Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered... the court shall close the case." 11 U.S.C. § 350(a).  Bankruptcy Rule 3022 implements section 350(a) in the context of chapter 11 reorganizations by providing that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

While the term "fully administered" is not defined in the Bankruptcy Code, the Advisory Committee Note with respect to Bankruptcy Rule 3022 lists the following six factors as to be considered when determining whether an estate has been fully administered:

1. Whether the order confirming the plan has become final;

2. Whether deposits required by the plan have been distributed;

---

[1] Arent Fox, LLP and Kenneth R. Farrow, CPA.
[2] A final post-confirmation report is being sent to the Office of the U.S. Trustee concurrently with the filing of this Motion along with any final payment of U.S. Trustee's fees due and owing.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

3. Whether the property proposed by the plan to be transferred has been transferred;

4. Whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;

5. Whether payments under the plan have commenced; and

6. Whether all motions, contested matters, and adversary proceedings have been finally resolved.[3]

Here, these six factors have been satisfied.  As set forth above and in the annexed declarations of Timothy Yoo and Andy S. Kong: (1) the order confirming the Plan in this Case has become final; (2) all deposits required pursuant to the Plan, if any, have been made; (3) all payments under the Plan have been commenced, and those payments have been substantially completed; and (4) all motions, contested matters, and adversary proceedings have been finally resolved.

## III.

## RELEASE OF FUNDS IN THE RESERVE ACCOUNTS IS APPROPRIATE

Pursuant to the Plan, the Trustee established a segregated trust account in order fulfill his obligation to provide a reserve for "Unsecured Creditor Payments" and other disputed claims pending resolution of objections to the claim or other such proceeding  to assure payment of all disputed claims.  As of the filing of this Motion, all disputes with respect to claims in Classes 1, 2, and 3 in the Plan have been resolved.  Accordingly, in conjunction with entry of the final decree in this Case, the Trustee is also seeking authorization to close the accounts holding the balance of those reserves and to make final distributions from those reserves.

## IV.

## CONCLUSION

The Trustee submits that he has met the requirements necessary to obtain a final decree closing the Case.  Therefore, for all the forgoing reasons, the Trustee respectfully

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

---

[3] Fed. R. Bankr. P. 3022 Advisory Committee Note (1991).

1    request that   the Court grant this motion and issue a final decree closing the Case,

2    authorizing the release of monies remaining in reserve accounts established pursuant to

3    the Plan, and granting such other relief as is just and proper.

4

5    Dated: November 14, 2011                    Respectfully submitted,

6                                               **ARENT FOX LLP**

7

8                                               By: /s/ *Andy S. Kong*
                                                Andy S. Kong
9                                               General Bankruptcy Counsel for
                                                Timothy Yoo, Plan Trustee
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## DECLARATION OF ANDY S. KONG

I, Andy S. Kong, declare as follows:

1.     I am over 18 years of age.  I am an attorney duly licensed to practice law before this Court and, if called as a witness, could and would competently testify to the matters set forth herein from my own personal knowledge, except as otherwise stated below.

2.     I am an attorney with the law firm of Arent Fox LLP, which serves as the bankruptcy counsel for Plan Trustee in the above-captioned case (the "Trustee").

3.     I make this declaration in support of the foregoing *Plan Trustee's Motion for Entry of Final Decree Closing Chapter 11 Case* (the "Motion").

4.     On August 8, 2005, the above-captioned debtor (the "Debtor") filed a petition under chapter 11 of the Bankruptcy Code.  During this Case, the Debtor remained in possession and control of its affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

5.     On January 10, 2011, the Court entered its *Order Confirming Second Amended Liquidating Chapter 11 Plan Of Reorganization Of Official Committee Of Unsecured Creditors Dated April 28, 2010* (the "Confirmation Order").   Under the Confirmation Order, Timothy Yoo is the duly appointed plan trustee.  The Effective Date (as that term is defined in the Confirmation Order) of the Plan was January 25, 2011.

6.     The Plan provided for, among other things, a *pro rata* distribution to all general unsecured claimants holding allowed claims in full and final satisfaction of their claims.

7.     All bar dates for all claims to be filed have passed as of the filing of this declaration.  Post-confirmation, the Trustee reviewed, paid, and as necessary, objected to the various proofs of claim filed in this Case.   The Trustee filed objections to approximately 24 proofs of claim.  Each one of those objections has now been resolved by a final order either sustaining the objection or approving a stipulated resolution to the objection.   As of the filing of the Motion, the Trustee has made substantially all distributions contemplated pursuant to the Plan.

8.     On or about November 22, 2010, the various estate professionals filed their

1   final fee applications.  A final order was entered approving each of the fee applications,

2   and all the estate professionals have been paid.

3        9.    I have reached out to the Bankruptcy Court Clerk's Office and have been

4   informed that there are no unpaid service, filing, or other incidental fees outstanding with

5   respect to the Case.

6       10.    I have reviewed the dockets in the Case and there are no pending adversary

7   proceedings or unresolved motions in the Case except for the Motion.

8       I declare under penalty of perjury under the laws of the United States of America

9   that the foregoing is true and correct.

10      Executed this 14th day of November, 2011, at Los Angeles, California

11

12      Andy S. Kong

## DECLARATION OF TIMOTHY YOO

I, Timothy Yoo, declare as follows:

1.      I am over 18 years of age.  Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge.  If called as a witness, I could and would testify to the matters set forth in this declaration.

2.      I make this declaration in support of the foregoing *Plan Trustee's Motion for Entry of Final Decree Closing Chapter 11 Case* (the "Motion").

3.      Under the Confirmation Order, I am the duly appointed plan trustee.  The Effective Date (as that term is defined in the Confirmation Order) of the Plan was January 25, 2011.

4.      Unless the claimant has agreed otherwise, all allowed claims whether secured, unsecured, priority, or general have been paid as contemplated by the Plan. Attached as Exhibit A hereto is a breakdown of the payments made to each class of claims pursuant to the Plan.

5.      No post-confirmation tax liabilities have accrued or come due.

6.      I have filed all reports required by the Office of the United States Trustee and have paid all United States Trustee's fees due and owing through the filing of the Motion.  A final post-confirmation report is being sent to the Office of the U.S. Trustee concurrently with the filing of the Motion along with any final payment of U.S. Trustee's fees due and owing.

7.      Pursuant to the Plan, I established a segregated trust account to provide a reserve for "Unsecured Creditor Payments" and other disputed claims pending resolution of objections to the claim or other such proceeding to assure payment of all disputed claims.  As of the filing of the Motion, all disputes with respect to claims in Classes 1, 2, and 3 in the Plan have been resolved.  Accordingly, in conjunction with entry of the final decree in this Case, I am also seeking authorization to close the accounts holding the balance of those reserves and to make final distributions from those reserves.

/ / /

/ / /

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3    Executed this 14th day of November, 2011, at Los Angeles, California

4

5    Timothy Yoo

# EXHIBIT A

# EXHIBIT A

### Payments Pursuant to the Plan by Class

*Class 1 – Secured Claims:* Pursuant to the Confirmation Order, the secured claims of (i) American Suzuki Financial Services; (ii) Canyon Capital Marketing, Inc.; (iii) Chrysler Financial; (iv) International Video Innovations; and (v) X-Gen LLC were disallowed in their entirety. *See* Confirmation Order at pg. 12. As for the remaining secured claims in Class 1, Nutech Digital, Inc. and Premium Financing, they were resolve as follows: Premium Financing withdrew their claim [*see* Docket No. 269] and the secured claim of Nutech Digital, Inc. was disallowed in its entirety with prejudice [*see* Docket No. 372]. Accordingly, no payments were made post-confirmation to Class 1 Secured Claims. There is $0 disputed.

*Class 2 – Priority Unsecured Claims Other Than Tax Claims:* All non-disputed priority unsecured claims have been paid post-confirmation pursuant to the Plan and nothing remains to be paid. There is $0 disputed.

*Class 3 – General Unsecured Claims:* Approximately $109,137.55 has been paid *pro rata* post-confirmation pursuant to the Plan. There are $0 disputed.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013.

A true and correct copy of the foregoing document described **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o); AND PLAN TRUSTEE'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE; DECLARATIONS OF TIMOTHY YOO AND ANDY S. KONG IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 17, 2011 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On November 17, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY U.S. MAIL**

| | |
|---|---|
| HONORABLE VICTORIA KAUFMAN | BRIAN D FITTIPALDI |
| UNITED STATES BANKRUPTCY COURT | UNITED STATES TRUSTEE |
| 21041 BURBANK BLVD., Suite 354 | 128 E CARRILLO ST |
| WOODLAND HILLS, CA  91367 | SANTA BARBARA, CA 93101 |

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 17, 2011 | SIMONA FILIP | /s/ Simona Filip |
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 9013-1.2.NOTICE.NO.HEARING**

# I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Donna M Balbin on behalf of Creditor Vanowen Investment Company
dbalbin@nossaman.com

Donald H Cram on behalf of Creditor American Suzuki Financial Services
dhc@severson.com

Emery F El Habiby on behalf of Creditor Los Angeles County Treasurer and Tax Collector
eelhabiby@counsel.lacounty.gov

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (SV)
brian.fittipaldi@usdoj.gov

Allan H Ickowitz on behalf of Creditor Vanowen Investment Company
aickowitz@nossaman.com, mbonilla@nossaman.com

Paul H Kim on behalf of Creditor Los Angeles County Treasurer and Tax Collector
Pkim@counsel.lacounty.gov

Michael S Kogan on behalf of Creditor XGen, LLC
mkogan@ecjlaw.com

Andy Kong on behalf of Creditor Official Committee of Unsecured Creditors
Kong.Andy@ArentFox.com

Ian Landsberg on behalf of Creditor Andrianne Moore-Jacoby
ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com

Craig G Margulies on behalf of Creditor Ronald Stone
cmargulies@margulies-law.com

Aram Ordubegian on behalf of Creditor Official Committee of Unsecured Creditors
ordubegian.aram@arentfox.com

Thomas J Polis on behalf of Creditor Penthouse Media Group, Inc.
tom@polis-law.com

Russell H Rapoport on behalf of Creditor David Kravis
rrapoport@prllplaw.com, lgillis@prllplaw.com

Steven M. Roth on behalf of Creditor Internal Revenue Service
steven.m.roth@irscounsel.treas.gov

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

David Weinstein on behalf of Creditor Official Committee of Unsecured Creditors
david.weinstein@hro.com, raul.morales@hro.com

Steven Werth on behalf of Creditor Penthouse Media Group, Inc.
swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

internal revenue service (nkakuske)
sonia.m.aragon@irs.gov

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
.

*June 2011*
LA/436178.1

**F 9013-1.2.NOTICE.NO.HEARING**

## II. **SERVED BY U.S. MAIL:**

Internal Revenue Service
C/O Steven Roth
950 Hampshire Rd
East Pavilion
Thousand Oaks, CA 91361-2805

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2608

Pitney Bowes
27 Waterview Dr
Shelton, CT 06484-4361

Ventura County Tax Collector
800 S Victoria Ave
Ventura, CA 93009-0001

ACCOUNTEMPS
PO BOX 60000
SAN FRANCISO, CA 94160-0001

ALEX R ICE
9557 E MT VERNON CT
WITCHITA KS 67207-6600

ALTERNATIVE PACKAGING
17304 REDMAPLE ST.
FONTANA, CA 92337-6822

AMERICAN SUZUKI FINANCIAL
SERVICES
PO BOX 7140
LITTLE ROCK, AR 72223-7140

AVN PUBLICATIONS INC
ATTN BURTON MESSER
9414 ETON AVENUE
CHATSWORTH CA 91311-5862

BANK ONE
PO BOX 94014
PALATINE, IL 60094-4014

BILL BAXTER
30460 HASLEY CANYON ROAD
CASTAIC, CA 91384-3230

BLU C/O COASTLINE FILMS
7345 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303-1244

BUSINESS WIRE
PO BOX 43548
SAN FRANCISCO, CA 94145-0001

CHARLES M RADLER JR, ESQ.
DUGHI & HEWIT, P C
340 NORTH AVENUE
CRANFORD, NEW JERSEY 07016-2498

CITIBANK USA NA
DBA STAPLES
PO BOX 9025
DES MOINES, IA 50368

CLEAR FREIGHT
880 APOLLO ST.
SUITE 101
EL SEGUNDO, CA 90245-4752

COLLATERAL DAMAGE
C/O COASTLINE FILMS
7345 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303-1244

CYNTHIA BUTLER
J CURTIS EDMONDSON ESQ
2410 N TOWNE AVE STE 57
POMONA CA 91767-2449

DAVID KRAVIS
BLU C/O COASTLINE FILMS
7345 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303-1244

DEPARTMENT OF WATER & POWER
PO BOX 30808
LOS ANGELES, CA 90030-0808

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

.

*June 2011*
LA/436178.1

**F 9013-1.2.NOTICE.NO.HEARING**

(p)DISCOVER FINANCIAL SERVICES
LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DRUM SECURITY SERVICES, INC.
5554 RESEDA BLVD., SUITE 201
TARZANA, CA 91356-6210

EDI EXPRESS
PO BOX 2149
GARDENA, CA 90247-0149

EXPRESS LOCKSMITH
8965 SANTA MONICA BLVD
LOS ANGELES, CA 90069

FEDERAL EXPRESS CORPORATION
ATTN REVENUE
RECOVERY/BANKRUPTCY
2005 CORPORATE AVE 2ND FLOOR
MEMPHIS, TN 38132-1796

FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO CA 95812-2952

G.W. RICHARDSON
28231 AVENUE CROCKER UNIT 100
VALENCIA, CA 91355-1276

HERSH, MANNIS & BOGEN, LLP
9150 WILSHIRE BLVD.
SUITE 209
BEVERLY HILLS, CA 90212-3429

INTERNAL REVENUE SERVICE
[HQ 5420]
P. O. BOX 99
SAN JOSE, CA 95103

IVI
20879 PLURARNER ST.
CHATSWORTH, CA 91311

KISS MEDIA VAULTS
4444 VINELAND AVE
TOLUCA LAKE, CA 91602-2116

Klee, Tuchin, Bogdanoff & Stern LLP
c/o David Fidler, Esq
2121 Avenue of the Stars 33rd Fl
Los Angeles, CA 90067-5061

LAW OFFICE OF DOUGLAS BAGBY
9150 WILSHIRE BLVD
SUITE 209
LOS ANGELES, CA 90212-3429

Los Angeles County Treasurer and Tax
Collect
Revenue and Enforcement
PO BOX 54110
Los Angeles CA 90054-0110

MICHAEL BALOG
7215 HILLSIDE AVE., #35
HOLLYWOOD, CA 90046-2323

Michael S Kogan
9401 Wilshire Blvd 9th Fl
Beverly Hills, CA 90212-2928

NUTECH DIGITAL INC
PO BOX 260678
ENCINO, CA 91426-0678

PAETEC COMMUNICATIONS
PO BOX 1283
BUFFALO, NY 14240-1283

PITNEY BOWES
PO 856460
LOUISVILLE, KY 40285-6460

PITNEY BOWES CREDIT
CORPORATION
PO BOX 856460
LOUISVILLE, KY 40285-6460

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
.

RONALD ATKINSON DBA NASTY
PIXXX
16133 VENTURA BLVD STE 1145
ENCINO CA 91436-2424

SAFETECH COMMUNICATIONS, INC.
6266 ARCADIA AVE.
AGOURA HILLS, CA 91301-1702

SELVIN & WEINER LAW OFFICES
12401 WILSHIRE BLVD, 2ND FLOOR
LOS ANGELES, CA 90025-1086

SOUTHERN CALIFORNIA EDISON
COMPANY
PO BOX 600
ROSEMEAD, CA 91770-0600

STAPLES OFFICE SUPPLIES
DEPT. 90-000549568
PO BOX 9020
DES MOINES, IA 50368

T-MOBILE WIRELESS
POB 37380
ALBUQUERQUE NM 87176-7380

THE COMPANY CORPORATION
PO BOX 13397
PHILADELPHIA, PA 19101-3397

UNITED STATES TRUSTEE
21051 WARNER CENTER LANE, SUITE
115
WOODLAND HILLS, CA 91367-6550

VERITY SYSTEMS, INC.
5441 MERCHANT CIRCLE
UNIT A
PLACERVILLE, CA 95667-8641

WASTE MANAGEMENT-RMC
2421 W. Peoria Ave Ste 110
PHOENIX, AZ 85029-4942

Ronald Atkinson
22011 Hiawatha Street House 8
Chatsworth, CA 91311-2080

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

Securities & Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-5627

Internal Revenue Service (nkakuske)
Internal Revenue Service
300 N Los Angeles St., Stop 5022
Los Angeles, CA 90012-3478

ADVANTA BUSINESS CARD
PO BOX 8088
PHILADELPHIA, PA 19101-8088

ALLAN B GELBARD, ESQ
15760 VENTURA BLVD, #801
ENCINO, CA 91436-3018

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096-0001

AMERICAN SUZUKI FINANCIAL SRVS
C/O NUVELL FINANCIAL SERVICES
CORP
PO BOX 7100
LITTLE ROCK, AR 72223-7100

AVN PUBLICATIONS INC.
9414 ELTON AVE.
CHATSWORTH, CA 91311-5862

BARKLEY COURT REPORTERS
11900 W. OLYMPIC BLVD SUITE 780
LOS ANGELES, CA 90064-1198

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
.

BILL BAXTER BILL BAXTER
30460 HASLEY CANYON ROAD
CASTAIC, CA 91384-3230

BLUE CROSS OF CALIFORNIA
PO BOX 54630
LOS ANGELES, CA 90054-0630

CAMMERON ELLIS
840 LARRABEE
#3-310
WEST HOLLYWOOD, CA 90069-4529

CHRIS CARTER
BABYLON
PO BOX 6225
CORONA, CA 92878-6225

CITY OF LOS ANGELES,
OFFICE OF FINANCE
FILE 57065
LOS ANGELES, CA 90074-0001

CLEVERBYTES, LLC
1223 WILSHIRE BLVD., #873
SANTA MONICA, CA 90403-5400

COUPON TRAVEL
5565 BROMELY DRIVE
OAK PARK, CA 91377-4751

Canyon Capital Marketing Inc
c/o Jack F Fitzmaurcie, Esq
550 W C Street Ste 1880
San Diego, CA 92101-8583

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
300 N LOS ANGELES ST
STOP 5022
LOS ANGELES, CA 90012-3478

DEPARTMENT OF WATER AND
POWER CITY OF LA
ATTN BANKRUPTCY
PO BOX 51111
LOS ANGELES CA 90051-5700

DON T HART
6655 BEN AVENUE
N HOLLYWOOD, CA 91606-1510

Department of the Treasury - IRS
300 N Los Angeles St
Stop 5022
Los Angeles CA 90012-3478

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Expo Network Inc
Randall K Johnson
4299 MacAuthur Blvd #215
Newport Beach CA 92660-2020

FIRE CALL
15744 CALIFORNIA AVE.
PARAMOUNT, CA 90723-4380

FROTIC MEDIA AG
C/O COASTILE FILMS
7345 TOPANGA CANYON BLVD
CANOGA PARK, CA 91303-1244

GRAYBAR FINANCIAL SERVICES
22442 NETWORK PLACE
CHICAGO, IL 60673-1224

HOME ENTERTAINMENT
EVENTS/AVN
ATTN: EXPO CASH RECEIPTS
131 W. 1ST STREET
DULUTH, MN 55802-2005

INTERNATIONAL VIDEO
INNOVATIONS
ZEV LAVY IVI
20879 PLUMMER STREET
CHATSWORTH, CA 91311-5005

JANET GIBSON
HOME ENTERTAINMENT
EVENTS/AVN
131 W. 1ST STREET
DULUTH, MN 55802-2005

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 9013-1.2.NOTICE.NO.HEARING**

KLEHR, HARRISON, HARVEY,
BRANZBUR
5554 RESEDA BLVD
SUITE 201
TARZANA, CA 91356-6210

L.A. COUNTY TAX COLLECTOR
BANKRUPTCY UNIT
P.O. BOX 54110
LOS ANGELES, CA 90054-0110

LONDON & CO LLP
11601 WILSHIRE BLVD.
SUITE 2040
LOS ANGELES, CA 90025-1756

MAD ENGINE, INC.
C/O CT GROUP/COMMUN. SVS.
PO BOX 1036
CHARLOTTE, NC 28201-1036

MICHAEL HORLAND PACKAGING
20640 PLUMMER ST.
CHATSWORTH, CA 91311-5111

NASTY PIXX
13032 EBELL ST.
N. HOLLYWOOD, CA 91605-1003

OPUS 1 MUSIC LIBRARY
12711 VENTURA BLVD., #170
STUDIO CITY, CA 91604-2432

PAUL FISHBEIN
AVN PUBLICATIONS INC.
9414 ELTON AVE.
CHATSWORTH, CA 91311-5862

PITNEY BOWES CREDIT
CORPORATION
Attn Recovery Dept
27 WATERVIEW DR
SHELTON CT 06484-4361

RON ATKINSON
NASTY PIXX
13032 EBELL ST.
N. HOLLYWOOD, CA 91605-1003

RONALD C STONE
C/O DAVID FIDLER, ESQ
2121 AVENUE OF THE STARS, 33RD
FLOOR
LOS ANGELES, CA 90067-5061

SCHRECK BRIGNONE
300 S. FOURTH ST., SUITE 1200
LAS VEGAS, CA 89101-6020

SHAYLA PRODUCTIONS
9800 D TOPANGA CYN BLVD STE 322
CHATSWORTH, CA 91311-4005

SOUTHERN CALIFORNIA GAS CO.
PO BOX C
MONTEREY PARK, CA 91754-0932

STEVE LOUIS ROBINSON
7027 LANEWOOD AVE #503
HOLLYWOOD, CA 90028-7076

TALKO
1736 BOGART AVE
NEW YORK, NY 10462-4025

TIER ZERO
700 WILSHIRE BLVD.
6TH FLOOR
LOS ANGELES, CA 90017-3811

VANOWEN INVESTMENT COMPANY
5150 OVERLAND AVE.
CULVER CITY, CA 90230-4914

VIVITAR SECURITY SYSTEMS
2441 N. 205TH ST. #C
TORRANCE, CA 90501

X-GEN LLC
59 LAKE DRIVE
HIGHTSTOWN, NJ 08520-5320

David Kravis
c/o Coastline Licensing Int'l
7345 Topanga Canyon Blvd
Canoga Park, CA 91303-1244

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
.

*June 2011*
LA/436178.1

**F 9013-1.2.NOTICE.NO.HEARING**

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Jill Kelly Productions Inc
11151 Vanowen St
N Hollywood, CA 91605

Los Angeles County Treasurer and Tax
Collect
PO BOX 54110
Los Angeles, CA 90054-0110

United States Trustee (SV)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

AIM HEALTHCARE FOUNDATION
4630 VAN NUYS BLVD.
1ST FLOOR
SHERMAN OAKS, CA 91403-2915

ALLPRO BUILDING MAINTENANCE,
INC.
9157 JELLICO STREET
NORTHRIDGE, CA 91325-2313

AMERICAN EXPRESS TRAVEL
RELATED
C/O BECKET & LEE, LLP
PO BOX 3001 DEPT. AC
MALVERN, PA 19355-0701

ARROWHEAD MOUNTAIN SPRING
WATER
PO BOX 52237
PHOENIX, AZ 85072-2237

BABYLON
PO BOX 6225
CORONA, CA 92878-6225

BERT
COLLATERAL DAMAGE C/O
COASTLINE FI
7345 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303-1244

BLU AKA EROTIC MEDIA COASTLINE
FILMS
ATTN DAVID KRAVIS
C/O COASTLINE FILMS
1801 AVENUE OF THE STARS 801
LOS ANGELES CA 90067-5801

BOWNE & CO
ATTN: GAIL PRICE
2600 MISSION ST #206
SAN MARINO CA 91108-1676

CAPITAL ONE BANK
PO BOX 60067
CITY OF INDUSTRY, CA 91716-0067

CIT Technology Financing Services Inc
800 E Sonterra Blvd Ste 240
San Antonio, TX 78258-3941

CITY OF LOS ANGELES, OFFICE OF
FINANCE, TAX, PERMIT DIV
201 N MAIN ST, ROOM 101 - CITY
HALL
LOS ANGELES, CA 90012-4108

COASTLINE LICENSING
INTERNATIONAL
7345 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303-1244

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

D.V. SYSTEMS, INC.
7345 TOPANGA CANYON BLVD.
CANOGA PARK, CA 91303-1244

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*
LA/436178.1
**F 9013-1.2.NOTICE.NO.HEARING**

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

DIAMOND PRODUCTIONS, INC
7345 TOPANGA CANYON BLVD
CANOGA PARK, CA 91303-1244

DONALD SCHIEGEL
7021 VALENTINE DRIVE
HUNTINGTON BEACH, CA 92647-3556

Donna M Balbin, Esq
445 S. Figueroa Street 31st Fl
Los Angeles, CA 90071-1602

EXPO NETWORK
102 KALMUS DRIVE
COSTA MESA, CA 92626-5920

FEDERAL EXPRESS
PO BOX 7221
PASADENA, CA 91109-7321

FRANCHISE TAX BOARD
ATTN: BANKRUPTCY
P. O. BOX 2952
SACRAMENTO, CA 95812-2952

Franchise Tax Board
Bankruptcy Sect MS A340
PO Box 2952
Sacramento CA 95812-2952

GREAT WESTERN LITHO INC
ATTN MICHAEL WARNER
8230 HASKELL AVENUE
VAN NUYS, CA 91406-1322

HOWARD METZ ELECTRONICS
6112 ROGERTON DRIVE
LOS ANGELES, CA 90068-1964

INTERNATIONAL VIDEO
INNOVATIONS INC
C/O EDWIN SCHREIBER
16501 VENTURA BLVD #401
ENCINO CA 91436-2068

Jack F Fitzmaurice Esq
Pitzmaurice & Demergian
550 West "C" St Ste 1880
San Diego CA 92101-8583

KLEHR, HARRISON, HARVEY,
BRANZBURG
5554 RESEDA BLVD
SUITE 201
TARZANA, CA 91356-6210

LA COUNTY TAX COLLECTOR
PO BOX 54027
LOS ANGELES, CA 90054-0027

Lorraine Oliver
c/o Mancini & Assc.
15303 Ventura Blvd. #600
Sherman Oaks, CA 91403-6606

MCI
PO BOX 37192
PITTSBURGH, PA 15250-7392

MICHAEL WARNER
GREAT WESTERN LITHO, INC.
230 HASKELL AVENUE
VAN NUYS, CA 91406-1322

NEW YORK UNEMPLOYMENT
INSURANCE
PO BOX 4301
BINGHAMPTON, NY 13902-4301

OUTERNET DIGITAL BILLBOARD
NETWORK
23235 8TH ST.
NEWHALL, CA 91321-2601

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
.

PHIL LONDON
11601 WILSHIRE BLVD.
SUITE 2040
LOS ANGELES, CA 90025-1756

PREMIUM FINANCING
PO BOX 4210
BURBANK, CA 91503-4210

RONALD ATKINSON
DBA NASTY PIXX
22011 HIAWATHA ST, HOUSE 8
CHATSWORTH CA 91311-2080

RONIT STONE
SELVIN & WEINER LAW OFFICES
12401 WILSHIRE BLVD, 2ND FLOOR
LOS ANGELES, CA 90025-1086

SELVIN & WEINER
C/O BERYL WEINER, ESQ.
12401 WILSHIRE BL, 2ND FLR
LOS ANGELES, CA 90025-1086

SHERB & CO., LLP
805 THIRD ST.
NEW YORK, NY 10022-7513

STAPKEHARRIS, LLP
10880 WILSHIRE BLVD, SUITE 1010
LOS ANGELES, CA 90024-4111

T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596

THE CIT GROUP/COMMERCIAL SVCS
INC
1211 AVE OF THE AMERICAS
NEW YORK NY 10036-8701

TRUMAN VAN DYKE COMPANY
6767 FOREST LAWN DRIVE SUITE 301
LOS ANGELES, CA 90068-1052

VANOWEN INVESTMENT COMPANY
C/O JOHN KIM ESQ
445 S FIGUERO ST 31ST FL
LOS ANGELES, CA 90071-1602

WASTE MANAGEMENT - SUN VALLEY
PO BOX 73251
PHOENIX, AZ 85050-1038

ZEV IVI
20879 PLUMMER ST.
CHATSWORTH, CA 91311-5005

Kenneth R Farrow
222 N. Sepulveda Blvd, #2000
El Segundo, CA 90245-5614

Todd B Becker
3750 E Anaheim St #100
Long Beach, CA 90804-4016

DEPARTMENT OF THE TREASURY-IRS
300 N LOS ANGELES ST
STOP 5117
LOS ANGELES, CA 90012

DISCOVER CARD
PO BOX 30395
SALT LAKE CITY, UT 84130-0395

ELAN/FIRSTAR CARD SERVICES
BANKRUPTCY-RECOVERY
DEPARTMENT
PO BOX 5229
CINCINNATI, OH 45201-5229

Christopher Barnes
15303 Ventura Boulevard
Suite 600
Sherman Oaks, CA 91403

Pitney Bowes
27 Waterview Dr
Shelton, CT 06484

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
.

*June 2011*
LA/436178.1                                              **F 9013-1.2.NOTICE.NO.HEARING**

Samuel P Plunkett
9952 Santa Monica Blvd
Beverly Hills, CA 90212

Steven H Stone
15821 Ventura Blvd., Ste 245
Encino, Ca 91436

Ventura County Tax Collector
800 S Victoria Ave
Ventura, CA 93009

G Bryan Brannan
16501 Ventura Blvd #401
Encino, CA 91436

Theodore A Cohen
9952 Santa Monica Blvd
Beverly Hills, CA 90212

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*
LA/436178.1

**F 9013-1.2.NOTICE.NO.HEARING**